**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF IOWA**
**CENTRAL DIVISION**

| | |
|---|---|
| MEOKA JOHNSON,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>WALMART INC.,<br><br>　　　　　Defendant. | Case No. 4:24-cv-3<br>**Iowa District Ct. Case No. LACL157429**<br><br>**NOTICE OF REMOVAL** |

**COMES NOW** Defendant Walmart Inc., ("Defendant") through their attorneys, MWH Law Group LLP, pursuant to 28 U.S.C. §§ 1332, 1441 and 1446, and hereby remove the above-captioned cause of action from the Iowa District Court for Polk County to the United States District Court, Southern District of Iowa, Central Division. In support thereof, Defendant states the following:

1.　　　This action was originally filed by Plaintiff against Defendant on or about December 12, 2023 in the Iowa District Court in and for Polk County, entitled *Meoka Johnson vs. Walmart Inc.*, Case No. LACL157429. Pursuant to 28 U.S.C. § 1446(a) and Local Rule 81, a copy of the Original Notice and Petition at Law is attached as **Exhibit 1**.

2.　　　Personal service was made upon the Defendant's Registered Agent on December 14, 2023.

3.　　　This case may be removed from the Iowa District Court in and for Polk County to the United States District Court for the Southern District of Iowa, Central Division, pursuant to 28 U.S.C. § 1332. The United States District Court has original jurisdiction over the litigation filed in state court based on diversity of the parties.

4.      This is a civil action in which Plaintiff Meoka Johnson claims that she is entitled to damages for personal injury resulting from an incident that occurred at the Walmart Store located at 3501 8ᵗʰ Street, S.W., Altoona, Iowa on December 15, 2021. Plaintiff is seeking past and future medical expenses, past and future physical pain and mental suffering, including loss of enjoyment of life, past and future loss of function of the whole body, past lost wages, loss of future earning capacity, the reasonable value of nursing care, out-of-pocket expenses and any other element of loss recoverable under Iowa law, but not particularly set forth herein. (*See* **Exhibit 1**, ¶ 14.) The amount in controversy exceeds the sum or value of $75,000.00, exclusive of interests and costs.

5.      Defendant Walmart Inc. is the sole Defendant in this action.  Walmart Inc. is incorporated in Delaware and has its principal place of business in Bentonville, Arkansas, and is deemed to be a citizen of both Delaware and Arkansas pursuant to 28 U.S.C. 1332(c)(1).

6.      Plaintiff is a citizen of Altoona, Polk County, Iowa.

7.      The time for filing this notice of removal has not run because thirty (30) days has not expired since December 14, 2023, the date on which the Defendant was personally served with the Original Notice and Petition at Law.

8.      Pursuant to 28 U.S.C. § 1446(a) and Local Rule 81, a copy of the Original Notice and Petition at Law filed by the Plaintiff is attached and incorporated herein by reference as **Exhibit 1**.

9.      Pursuant to Local Rule 81(a), Defendant states that this is the only matter currently pending in the state court that will require resolution. Defendant has not been served with and is not aware of any other process, pleadings, and/or orders in the action pending in the Iowa District Court for Polk County.

10.     Counsel that has appeared on behalf of the Plaintiff in state court is:

Christopher A. Johnston
THE LAW GROUP OF IOWA
*A Johnston Martineau LLP Company*
7900 Hickman Road, Suite 200
Windsor Heights, IA 50324
Telephone: (515) 493-4878
Facsimile: (515) 414-7782
E-mail: CJohnston@JMLegal.com

11.      This Notice of Removal is being served upon the Plaintiff's counsel by electronic mail and is also being filed with the Clerk of the Iowa District Court in and for Polk County.

**WHEREFORE**, Defendant gives notice that the above-captioned action now pending against it in the Iowa District Court in and for Polk County is removed therefrom to the United States District Court for the Southern District of Iowa, Central Division.

Respectfully submitted,

*/s/ Anne Updegraff*
Anne Updegraff, AT0008026
Veronica Kirk, AT0009420
MWH LAW GROUP LLP
4350 Westown Parkway, Suite 120
West Des Moines, IA 50266-1090
Telephone: (515) 453-8509
Facsimile: (515) 267-1408
E-mail: anne.updegraff@mwhlawgroup.com
E-mail: veronica.kirk@mwhlawgroup.com
*Attorneys for Defendant*

## CERTIFICATE OF SERVICE

I hereby certify that on January 3, 2024, I electronically filed the foregoing with the Clerk of the Court using the ECF system which will send notification of such filing to all attorneys of record.

*/s/ Cyndi R. Ellis*

I further certify that on January 3, 2024, I emailed a copy of the foregoing to opposing counsel at the address listed below:

Christopher A. Johnston
THE LAW GROUP OF IOWA
*A Johnston Martineau LLP Company*
7900 Hickman Road, Suite 200
Windsor Heights, IA 50324
Telephone: (515) 493-4878
Facsimile: (515) 414-7782
E-mail: CJohnston@JMLegal.com
*Attorney for Plaintiff*

<u>/s/ *Cyndi R. Ellis*</u>