IN THE IOWA DISTRICT COURT FOR POLK COUNTY

| | |
|---|---|
| MEOKA JOHNSON,<br><br>Plaintiff,<br><br>v.<br><br>WALMART, INC.,<br><br>Defendant. | LAW NO.<br><br><br>ORIGINAL NOTICE |

**TO THE ABOVE- NAMED DEFENDANT:** **WALMART, INC.**
**%C.T. Corporation System – Registered Agent**
**400 E. Court Avenue**
**Des Moines, IA 50309**

YOU ARE HEREBY NOTIFIED that a Petition has been filed in the office of the clerk of this court naming you as a Defendant in this action. A copy of the Petition (and any documents filed with it) is attached to this notice. The Plaintiff's attorney is Christopher Johnston of Law Group of Iowa, a Johnston Martineau LLP Company, 7900 Hickman Rd., Ste 200, Windsor Heights, IA 50324, telephone: 515-493-4878, and facsimile: 515-414-7782.

YOU ARE FURTHER NOTIFIED that you must serve a motion or answer within twenty (20) days after service of this original notice upon you and, within a reasonable time thereafter, file your motion or answer with the Clerk of Court located at the Polk County Courthouse in Des Moines, Iowa. If you do not, judgment by default may be rendered against you for the relief demanded in the petition.

The case has been filed in a county that utilizes electronic filing. General rules and information on electronic filing are contained in Iowa Court Rules Chapter 16. Information regarding requirements related to the protection of personal information in court filings is contained in Iowa Court Rules Chapter 16, division VI.

If you require the assistance of auxiliary aids or services to participate in court because of a disability, immediately call your district ADA coordinator at 515-286-3394. (If you are hearing impaired, call Relay Iowa TTY at 1-800-735-2942.)

**IMPORTANT: YOU ARE ADVISED TO SEEK LEGAL ADVICE AT ONE TO PROTECT YOUR INTERESTS**

E-FILED 2023 DEC 12 3:42 PM POLK - CLERK OF DISTRICT COURT

# Iowa Judicial Branch

*Case No.* **LACL157429**
*County* **Polk**

*Case Title* MEOKA JOHNSON VS WALMART INC

You must file your Appearance and Answer on the Iowa Judicial Branch eFile System, unless the attached Petition and Original Notice contains a hearing date for your appearance, or unless the court has excused you from filing electronically (*see* Iowa Court Rule 16.302).

Register for the eFile System at www.iowacourts.state.ia.us/Efile to file and view documents in your case and to receive notices from the court.

For general rules and information on electronic filing, refer to the Iowa Rules of Electronic Procedure in chapter 16 of the Iowa Court Rules at www.legis.iowa.gov/docs/ACO/CourtRulesChapter/16.pdf.

Court filings are public documents and may contain personal information that should always be kept confidential. For the rules on protecting personal information, refer to Division VI of chapter 16 of the Iowa Court Rules and to the Iowa Judicial Branch website at www.iowacourts.gov/for-the-public/representing-yourself/protect-personal-information/.

*Scheduled Hearing:*

If you need assistance to participate in court due to a disability, call the disability access coordinator at **(515) 286-3394** . Persons who are hearing or speech impaired may call Relay Iowa TTY (1-800-735-2942). For more information, see www.iowacourts.gov/for-the-public/ada/. **Disability access coordinators cannot provide legal advice.**

*Date Issued* **12/12/2023 03:42:11 PM**

*District Clerk of Court or/by Clerk's Designee of* Polk *County*
**/s/ Jeremy Alvarez**

IN THE IOWA DISTRICT COURT FOR POLK COUNTY

| | |
|---|---|
| MEOKA JOHNSON,<br><br>Plaintiff,<br><br>v.<br><br>WALMART, INC.,<br><br>Defendant. | LAW NO.<br><br>PETITION AT LAW<br>AND JURY DEMAND |

**COME NOW** Plaintiff, by and through the undersigned, and for his cause of action against the Defendant, Walmart, Inc., states:

**JURISDICTIONAL AND FACTUAL ALLEGATIONS**

1. Plaintiff, Meoka Johnson, (hereinafter referred to as "Plaintiff") was at all times material hereto, a resident of Altoona, Polk County, Iowa.

2. Defendant, Walmart, Inc. (hereinafter referred to as "Defendant), was at all times material hereto, a 490 Foreign Profit organization, licensed to do business in Iowa.

3. On December 15, 2021, Plaintiff, a business invitee, was entering the Walmart Store in Altoona, Polk County, Iowa.

4. On the above date, a Walmart employee was mopping the rug in the entrance area and Plaintiff slipped on the wet mat and fell.

5. As a proximate result of the Defendant's negligence, Plaintiff sustained serious permanent injuries.

6. The amount in controversy exceeds the jurisdictional amount set forth in Iowa Code chapter 631.

7. Venue in Polk County, Iowa is proper pursuant to Iowa Code §616.18.

E-FILED 2023 DEC 12 3:07 PM POLK - CLERK OF DISTRICT COURT

**COUNT I: LIABILITY – DEFENDANT WALMART, INC.**

**COMES NOW** Plaintiff, and in support of Count I of her cause of action against Defendant state:

8. Plaintiff re-pleads and re-alleges each of the allegations set forth in paragraphs 1 through 7 of the Jurisdictional and Factual Allegations of this Petition and incorporates the same by reference as though fully set forth herein.

9. That for all times pertinent hereto, Defendant owned and operated the subject property located at 3501 8th St., S.W., Altoona, Polk County, Iowa.

10. As owner/operator of the subject property where this incident occurred, and as otherwise dictated by law, it was the duty of the Defendant to maintain the premises in a reasonable and safe condition and the duty to exercise reasonable care in the maintenance and care of its property and a duty to warn guests of any dangers.

**WHEREFORE**, Plaintiff respectfully requests judgment be entered in her favor against Defendant in an amount which would reasonably compensate her for her injuries and damages, together with interest thereon at the maximum legal rate plus the costs of this action.

**COUNT II: NEGLIGENCE -DEFENDANT WALMART, INC.**

**COMES NOW** the Plaintiff, in support of his cause of action set forth in Count II against Defendant, states:

11. Plaintiff re-pleads and re-alleges each of the allegations set forth in paragraphs 1 through 7 of the Jurisdictional and Factual Allegations and incorporate the same by reference as though fully set forth herein.

12. On December 15, 2021, Defendant was negligent in one or more of the following particulars:

a) In failing to exercise reasonable care in the maintenance of their premises;

b) In failing to maintain their property in a reasonable and safe condition;

c) In failing to exercise reasonable care to discover and prevent hazards;

d) In failing to warn guests of this dangerous condition.

13. The negligence of Defendant was a proximate cause of Plaintiff's injuries and damages.

14. As a proximate result of negligence of the Defendant, Plaintiff has suffered permanent physical and emotional injuries and hereby makes claim for the following elements of loss and damages:

a. Past medical expenses;

b. Future medical expenses;

c. Past physical pain and mental suffering, including loss of enjoyment of life;

d. Future physical pain and mental suffering, including loss of enjoyment of life;

e. Past loss of function of the whole body;

f. Future loss of function of the whole body;

g. Past lost wages;

h. Loss of future earning capacity;

i. The reasonable value of home nursing care;

j. Out-of-pocket expenses; and

k. Any other element of loss recoverable under Iowa law, but not particularly set forth herein.

**WHEREFORE**, Plaintiff, respectfully requests judgment be entered in her favor against Defendant in an amount which would reasonably compensate her for her injuries and damages, together with interest thereon at the maximum legal rate plus the costs of this action.

**JURY DEMAND**

The above-named Defendant is hereby notified Plaintiff demands trial by jury on all issues presented in this Petition at Law.

Respectfully submitted,

Christopher A. Johnston
The Law Group of Iowa
*A Johnston Martineau LLP Company*
7900 Hickman Road, Suite 200
Windsor Heights, IA 50324
Phone: (515) 493-4878
Fax: (515) 414-7782
Email: CJohnston@JMLegal.com